```
CURT S. STEINDLER (CA Bar #143381)
LAW OFFICE OF CURT S. STEINDLER
11901 Santa Monica Blvd.
Suite 616
Los Angeles, California 90025-2767
310-213-5420
fax: 310-391-6599

Attorney for Plaintiff, BARRY ROSEN
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br>            Plaintiff,<br><br>   vs.<br><br>AMAZON.COM, INC., et al,<br><br>            Defendants. | Case No: CV07-05447 VBF (JWJx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this entire action is dismissed **with prejudice** because the parties have reached a settlement.

DATED: May 4, 2008          LAW OFFICES OF CURT S. STEINDLER

_____
Curt S. Steindler
Attorney for Plaintiff
Barry Rosen

NOTICE OF DISMISSAL - 1

CERTIFICATE OF SERVICE

State of California    )
                       ) ss.
County of Los Angeles  )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11901 Santa Monica Blvd., Suite 616, Los Angeles, California 90025.

    On May 4, 2008, I served the foregoing document, described as:

NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)

on the interested parties in this action by sending via email a true and correct copy thereof in a common file format (PDF) addressed as follows:

    Breena M. Roos, Perkins Coie LLP
    broos@perkinscoie.com

    Elizabeth McDougall, Perkins Coie LLP
    EMcDougall@perkinscoie.com

**BY EMAIL** Pursuant to agreement between the parties, a copy of the document in a common file format (PDF) was sent via email.

    I hereby certify that the foregoing is true and correct.

    EXECUTED on May 4, 2008, at Los Angeles, California

                        Curt S. Steindler